NO. SCPW-11-0000109

IN THE SUPREME COURT OF THE STATE OF HAWAI#I

---

MICHAEL C. TIERNEY, Petitioner,

vs.

WALTER RODBY, Respondent.

---

ORIGINAL PROCEEDING
(Nos. 29993 and SCWC-29993)

ORDER

(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

        Upon consideration of the motion for reconsideration of the March 10, 2011 order dismissing the petition for a writ of mandamus,

        IT IS HEREBY ORDERED that the motion for reconsideration is denied.

        DATED:  Honolulu, Hawai'i, March 24, 2011.


                        /s/ Mark E. Recktenwald

                        /s/ Paula A. Nakayama

                        /s/ Simeon R. Acoba, Jr.

                        /s/ James E. Duffy, Jr.

                        /s/ Sabrina S. McKenna

